**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Peter G Fury Jr. | Social Security number or ITIN   xxx–xx–7475 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 12–12643–JNP | |

# Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Peter G Fury Jr.

5/24/17

**By the court:** Jerrold N. Poslusny Jr.
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W  **Chapter 13 Discharge**  page 2

United States Bankruptcy Court
District of New Jersey

In re:  
Peter G Fury, Jr.  
    Debtor

Case No. 12-12643-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1       User: admin       Page 1 of 2       Date Rcvd: May 24, 2017  
    Form ID: 3180W       Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 26, 2017.

```
db             +Peter G Fury, Jr.,    157 Lejan Terrace,    Vineland, NJ 08360-9309
aty            +Kristina Gandolfo Murtha,    Kivitz McKeever Lee, P.C.,    701 Market St,    Suite 5000,
                 Philadelphia, PA 19106-1541
513591671       Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
514244524      +Bank of America, N.A.,    c/o KML Law Group, P.C.,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
512737951       Cumberland County Superior Court,    Broad And Fayette,    Bridgeton, NJ  08302
512737952      +First National Collection Bureau,    C/O First Premier Bank,    610 Waltham Way,
                 Mccarran, NV 89434-6695
512737957      +Midland Credit Management, Inc.,    2365 Northside Drive,    Suite 300,
                 San Diego, CA 92108-2709
512737958     #+Nudelman Klemm And Golub,    C/O FIA Card,    425 Eagle Rock Avenue - Suite 403,
                 Roseland, NJ 07068-1787
512737959      +Presserl And Pressler,    C/O Midland Funding,    7 Entin Rd,    Parsippany, NJ 07054-5020
512924686      +Rhonda Martine,    38 South Valley Avenue,,    Vineland, NJ 08360-4905
512737961       Robert S. Greenberg, Esquire,    1070 E. Chestnut Avenue,    PO Box 794,
                 Vineland, NJ  08362-0794
515355689      +SPECIALIZED LOAN SERVICING LLC,    8742 LUCENT BLVD, SUITE 300,
                 HIGHLANDS RANCH, COLORADO 80129-2386
515355690      +SPECIALIZED LOAN SERVICING LLC,    8742 LUCENT BLVD, SUITE 300,
                 HIGHLANDS RANCH, COLORADO 80129,    SPECIALIZED LOAN SERVICING LLC,
                 8742 LUCENT BLVD, SUITE 300,    HIGHLANDS RANCH, COLORADO 80129-2386
516554586       U.S. Bank National Association, et al.,    KML Law Group PC,    Sentry Office Plaza,
                 216 Haddon Avenue, Suite 206,    Westmont, NJ 08108
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 24 2017 22:35:14     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 24 2017 22:35:11     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
512955628       EDI: AIS.COM May 24 2017 22:23:00      American InfoSource LP as agent for,
                 InSolve Recovery, LLC,    PO Box 269093,    Oklahoma City, OK  73126-9093
512737945      +EDI: ACCE.COM May 24 2017 22:18:00      Asset Acceptance Corp,    PO Box 2036,
                 Warren, MI 48090-2036
512737946      +E-mail/Text: bankruptcy@pepcoholdings.com May 24 2017 22:35:01      Atlantic City Electric,
                 5 Collins Drive, Suite 2133,    Carneys Point, NJ 08069-3600
512737947       EDI: BANKAMER.COM May 24 2017 22:18:00      Bank Of America,    PO Box 982238,
                 El Paso, TX  79998
512792442       EDI: BANKAMER2.COM May 24 2017 22:18:00      FIA CARD SERVICES, N.A.,    PO Box 15102,
                 Wilmington, DE 19886-5102
512737948      +EDI: BANKAMER.COM May 24 2017 22:18:00      Bank Of America,    PO Box 15026,
                 Wilmington, DE 19850-5026
512930822      +EDI: OPHSUBSID.COM May 24 2017 22:18:00      Candica, LLC,    c/o Weinstein & Riley, P.S.,
                 2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
512737949      +EDI: CAPITALONE.COM May 24 2017 22:18:00      Capital One,    PO Box 30281,
                 Salt Lake City, UT 84130-0281
513854691       EDI: RECOVERYCORP.COM May 24 2017 22:18:00      Capital Recovery V, LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,
                 Miami, FL 33131-1605
512737950      +EDI: CHASE.COM May 24 2017 22:23:00      Chase,    PO Box 15298,    Wilmington, DE 19850-5298
512737953      +EDI: AMINFOFP.COM May 24 2017 22:18:00      First Premier Bank,    3820 N. Louise Avenue,
                 Sioux Falls, SD 57107-0145
512963433       EDI: RMSC.COM May 24 2017 22:18:00      GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
512737954      +EDI: HFC.COM May 24 2017 22:18:00      HSBC,    PO Box 17602,    Baltimore, MD 21297-1602
513065547      +EDI: RESURGENT.COM May 24 2017 22:23:00      LVNV Funding LLC,    c/o Resurgent Capital Services,
                 P.O. Box 10675,    Greenville, SC 29603-0675
512737956      +EDI: RESURGENT.COM May 24 2017 22:23:00      LVNV Funding, LLC,    PO Box 10584,
                 Greenville, SC 29603-0584
512737955       EDI: RMSC.COM May 24 2017 22:18:00      Lowe’s,    Po Box 530914,    Atlanta, GA  30353-0914
512889855      +EDI: OPHSUBSID.COM May 24 2017 22:18:00      OAK HARBOR CAPITAL IV, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
512856523      +E-mail/Text: csidl@sbcglobal.net May 24 2017 22:35:34      Premier Bankcard,    PO Box 2208,
                 Vacaville, CA 95696-8208
512944131       EDI: Q3G.COM May 24 2017 22:18:00      Quantum3 Group LLC as agent for,    Fortis Capital LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
513854692       EDI: RECOVERYCORP.COM May 24 2017 22:18:00      Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
512737963      +EDI: SEARS.COM May 24 2017 22:18:00      Sears,    8725 W Sahara Avenue,
                 The Lakes, NV 89163-0001
512737962      +EDI: SEARS.COM May 24 2017 22:18:00      Sears,    PO Box 6282,    Sioux Falls, SD 57117-6282
512737964       E-mail/Text: rmbncreports@supermedia.com May 24 2017 22:35:16      Supermedia,    PO Box 619810,
                 DFW Airport, TX  75261-9810
```

```
District/off: 0312-1          User: admin              Page 2 of 2                Date Rcvd: May 24, 2017
                              Form ID: 3180W           Total Noticed: 39
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
                                                                                                TOTAL: 25

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm*           ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank of America,   P.O. Box 982238,   El Paso, TX  79998)
cr*           +Midland Credit Management, Inc.,   2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
512769606*    +Midland Credit Management, Inc.,   2365 Northside Drive,   Suite 300,
                San Diego, CA 92108-2709
512737960     ##RJM Acquisitions LLC,   C/O Orchard/HSBC,   575 Underhill Blvd - Suite 224,
                Syosset, NY  11791-3416
                                                                                 TOTALS: 0, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 24, 2017 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, et al...
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for U.S.
               Bank National Association as Trustee for the certificateholders of Citigroup Mortgage Loan Trust
               Inc., Asset-Backed Pass-Through Certificates Serie dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Joshua I. Goldman    on behalf of Creditor    U.S. Bank National Association, et al...
               jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Peter P. Bisulca    on behalf of Creditor    BANK OF AMERICA, N.A. ktlbslaw@aol.com
              Peter P. Bisulca    on behalf of Creditor    U.S. Bank National Association, et al...
               ktlbslaw@aol.com
              Seymour  Wasserstrum    on behalf of Debtor Peter G Fury, Jr. mylawyer7@aol.com,
               ecf@seymourlaw.net;r47769@notify.bestcase.com
                                                                                                 TOTAL: 9
```